**EXHIBIT A**

**SUMMONS**                                                                   SUM-100
*(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:** JOSHUA CRANE and DOES 1 to 10
*(AVISO AL DEMANDADO):*

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County Of Los Angeles

SEP 27 2017

Sherri R. Carter, Executive Officer/Clerk
By: Marlon Gomez, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:** SAMRAT BHOSLE
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* | CASE NUMBER:<br>*(Número del Caso):* BC 677444 |
|---|---|

LOS ANGELES SUPERIOR COURT
111 North Hill St.
111 North Hill St.
Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Steven C Eggleston, Esq. (SBN 249445)          877-424-4765    877-883-2963
Eggleston Law Office
2601 Main St., Suite 880 SHERRI R. CARTER
Irvine, CA 92614

| DATE:<br>*(Fecha)* SEP 27 2017 | Clerk, by<br>*(Secretario)* | Marlon Gomez | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [X] as the person sued under the fictitious name of *(specify):* Doe 1
3. [X] on behalf of *(specify):* Target Corporation

under: [X] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*                                          Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Legal<br>Solutions<br>☉ Plus | Code of Civil Procedure §§ 412.20, 465 |
|---|---|---|---|

[SEAL]

PLD-PI-001

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Steven C Eggleston, Esq. (SBN 249445)<br>Eggleston Law Office<br>2601 Main St., Suite 800<br><br>Irvine, CA 92614<br>TELEPHONE NO: 877-424-4765   FAX NO. *(Optional):* 877-883-2963<br>E-MAIL ADDRESS *(Optional):* stevedcjd@gmai.com<br>ATTORNEY FOR *(Name):* Samrat Bhosle | **FOR COURT USE ONLY** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES<br>STREET ADDRESS: 111 North Hill St.<br>MAILING ADDRESS: 111 North Hill St.<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: Stanley Mosk Courthouse | **CONFORMED COPY**<br>**ORIGINAL FILED**<br>Superior Court Of California<br>County Of Los Angeles<br><br>SEP 27 2017<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Marion Gomez, Deputy |

**PLAINTIFF:** SAMRAT BHOSLE

**DEFENDANT:** JOSHUA CRANE

[X] DOES 1 TO   10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED *(Number):*
**Type** *(check all that apply):*
[X] MOTOR VEHICLE          [ ] OTHER *(specify):*
   [X] Property Damage       [ ] Wrongful Death
   [X] Personal Injury       [ ] Other Damages *(specify):*

| |
|---|
| **Jurisdiction** *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>   Amount demanded  [ ] does not exceed $10,000<br>                     [ ] exceeds $10,000, but does not exceed $25,000)<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited |

**CASE NUMBER:**
BC677444

1. Plaintiff *(name or names):* Samrat Bhosle

   alleges causes of action against defendant *(name or names):* Joshua Crane and DOES 1 to 10

2. This pleading, including attachments and exhibits, consists of the following number of pages: Five (5)
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor  [ ] an adult
        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*

   b. [ ] except plaintiff *(name):*
     (1) [ ] a corporation qualified to do business in California
     (2) [ ] an unincorporated entity *(describe):*
     (3) [ ] a public entity *(describe):*
     (4) [ ] a minor  [ ] an adult
        (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ] other *(specify):*
     (5) [ ] other *(specify):*

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
& Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: Bhosle v. Crane | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

  is doing business under the fictitious name *(specify):*

  and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☐ except defendant *(name):*

  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe):*

  (4) ☐ a public entity *(describe):*

  (5) ☐ other *(specify):*

c. ☐ except defendant *(name):*

  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe):*

  (4) ☐ a public entity *(describe):*

  (5) ☐ other *(specify):*

b. ☐ except defendant *(name):*

  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe):*

  (4) ☐ a public entity *(describe):*

  (5) ☐ other *(specify):*

d. ☐ except defendant *(name):*

  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity *(describe):*

  (4) ☐ a public entity *(describe):*

  (5) ☐ other *(specify):*

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

a. ☒ Doe defendants *(specify Doe numbers):* 1 to 10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

b. ☒ Doe defendants *(specify Doe numbers):* 1 to 10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

a. ☐ at least one defendant now resides in its jurisdictional area.
b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and

a. ☐ has complied with applicable claims statutes, or
b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: Bhosle v. Crane | CASE NUMBER: |
| --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [X] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [X] other damage *(specify):* for such other further relief as the court deems just and proper

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: September 26, 2017

Steven C Eggleston, Esq.
(TYPE OR PRINT NAME)

▶

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(1)

| SHORT TITLE:  Bhosle v. Crane | CASE NUMBER: |
|---|---|

<u>First</u>_____  **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*:  Samrat Bhosle

MV-1.  Plaintiff alleges the acts of defendants were negligent;  the acts were the legal (proximate) cause of injuries
and damages to plaintiff;  the acts occurred
on *(date)*:  or about October 15, 2015
at *(place)*:  or near eastbound Manchester Boulevard at La Cienega in the City
of Inglewood, County of Los Angeles, State of California.

MV-2.  DEFENDANTS
a. [X] The defendants who operated a motor vehicle are *(names)*: Joshua Crane

[X] Does 1_____ to 10_____
b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment
are *(names)*:

[X] Does 1_____ to 10_____
c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names)*:

[X] Does 1_____ to 10_____
d. [X] The defendants who entrusted the motor vehicle are *(names)*:

[X] Does 1_____ to 10_____
e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope
of the agency were *(names)*:

[X] Does 1_____ to 10_____
f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f [ ] as follows:

[X] Does 1_____ to 10_____

Form Approved for Optional Use
Judicial Council of California    **CAUSE OF ACTION—Motor Vehicle**    Code of Civil Procedure 425.12
PLD-PI-001(1) [Rev. January 1, 2007]

Legal
Solutions
Plus

PLD-PI-001(2)

| SHORT TITLE:  Bhosle v. Crane | CASE NUMBER: |
|---|---|

Second _____ CAUSE OF ACTION—General Negligence          Page 5 _____
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Samrat Bhosle

alleges that defendant *(name)*:  Joshua Crane

[X] Does 1 _____ to 10 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:  or about October 15, 2015
at *(place)*:  or near eastbound Manchester Boulevard at La Cienega in the City of Inglewood, County of Los Angeles, State of California
*(description of reasons for liability)*:

Plaintiff Samrat Bhosle ("Plaintiff") was driving his 2011 Honda Pilot eastbound on Manchester Boulevard in the left turn lane to make a left turn onto La Cienega Boulevard at the intersection.  As Plaintiff was passing the Shell gas station on the right side of the road, Defendant Joshua Crane ("Defendant"), who was driving a rented vehicle, simultaneously attempted to make a left turn out of the Shell gas station parking lot onto westbound Manchester Boulevard. Defendant failed to look for, and yield to, oncoming traffic and pulled out directly into Plaintiff's path.  Consequently, Plaintiff did not have enough time to avoid a collision with Defendant's vehicle and the front left bumper of Plaintiff's vehicle made significant contact with the rear quarter panel of Defendant's vehicle.

Defendant, and DOES 1 to 10, and each of them, had a duty to act as reasonably prudent drivers acting under similar circumstances.  However, Defendant, and DOES 1 to 10, and each of them, breached their respective duties as described above.

As a direct and proximate result of Defendant's negligence, carelessness and recklessness, and DOES 1 to 10, and each of them, Defendant's vehicle made significant contact with Plaintiff's vehicle.

As a further direct and proximate result of Defendant's negligence, carelessness and recklessness, and DOES 1 to 10, and each of them, Plaintiff's vehicle was struck by Defendant's vehicle, causing serious injury to Plaintiff's person and property.

Defendant's negligence, and DOES 1 to 10, and each of them, was a substantial factor in causing Plaintiff's harm.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Legal
Solutions
& Plus

Page 1 of 1
Code of Civil Procedure 425.12